# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149536(67)

DAVID ABBO, COLORADO TOYZ,
INC., and WIRELESS PHONES, LLC,
          Plaintiffs-Appellees,

v

WIRELESS TOYZ FRANCHISE, LLC,
JOE BARBAT, RICHARD SIMTOB,
JSB ENTERPRIZES, INC., and JACK
BARBAT,
          Defendants-Appellants.
_____/

SC:  149536
COA:  304185
Oakland CC:  2007-082804-CK

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their supplemental brief to August 7, 2015 is GRANTED.  The time for filing the supplemental brief of plaintiffs-appellees is similarly extended to August 7, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____ July 7, 2015



Clerk